1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11

12  U.S. EQUAL EMPLOYMENT          )
    OPPORTUNITY COMMISSION,        )
13                                 )
              Plaintiff,           )
14                                 )
           v.                      )   Case No. 2:10-cv-02265-RCJ-GWF
15                                 )
    HOTSPUR RESORTS NEVADA, LTD.   )
16  D/B/A JW MARRIOTT LAS VEGAS    )
    RESORT, SPA & GOLF, HOTSPUR    )
17  RESORTS NEVADA, INC., AND DOES )
    1-10, Inclusive,               )
18                                 )
              Defendants.          )
19  _____)

20       **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

21        Pursuant to LR IA 10-3, the United States of America respectfully requests that this

22  honorable Court permit Rumduol Kim Vuong to practice before this honorable Court in all

23  matters relating to the above-captioned case.

24        Rumduol Kim Vuong is a trial attorney with the United States Equal Employment

25  Opportunity Commission, an agency of the federal government.  Ms. Vuong is an active member

26  in good standing of the bar of the State of California, Bar No. 264392.

1    The following information is provided to the Court:

2          Rumduol Kim Vuong
           Trial Attorney
3          U.S. Equal Employment Opportunity Commission
           2300 Tulare Street, Suite 215
4          Fresno, California 93721
           Phone: 559-487-5135
5          Fax: 559-487-5053
           Email: rumduol.vuong@eeoc.gov

6

7    Accordingly, the United States respectfully requests that an order be issued allowing

8    Rumduol Kim Vuong to practice before this honorable Court.

9          DATED this 6th day of September 2011.

10                                         Respectfully submitted,

11                                         DANIEL G. BOGDEN
                                           United States Attorney
12
                                            /s/ Blaine Welsh
13                                         BLAINE T. WELSH
                                           Assistant United States Attorney
14

15

16                                         IT IS SO ORDERED:

17

18                                         UNITED STATES MAGISTRATE JUDGE

19                                         DATED: September 7, 2011

20

21

22

23

24

25

26

2

1

### PROOF OF SERVICE

2    I, Blaine T. Welsh, certify that the following individuals were served the **MOTION TO
PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below

3    identified method of service:

4    **Electronic Case Filing**

5    Malani L. Kotchka
Kelly R. Kichline

6    Lionel Sawyer & Collins
300 South Fourth Street, Suite 1700

7    Las Vegas, Nevada 89101
mkotchka@lionelsawyer.com

8    kkichline@lionelsawyer.com

9    *Attorneys for Defendants Hotspur Resorts Nevada, LTD
and Hotspur Resorts Nevada, Inc.*

10

11    DATED this 6th day of September 2011

12

13                                              */s/ Blaine Welsh*
                                               BLAINE T. WELSH

14                                             Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

3